UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CREA CONSTRUCTION, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 1:19-cv-02284-RLM-TAB |
| WAL-MART STORES, INC., | ) ) ) |
| Defendant. | ) |

**JUDGMENT**

The Court, having this day issued it Opinion and Order granting Defendant's Motion for Summary Judgment now enters FINAL JUDGMENT in favor of the Defendant and against the Plaintiff.

Date: 3/31/2021         /s/ Robert L. Miller, Jr.
                         Judge, United States District Court
                         For the Southern District of Indiana
                         Sitting by designation


Roger A.G. Sharpe, Clerk
United States District Court

_____
By: Deputy Clerk

Distribution: All electronically registered counsel of record